# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| **JERRY MILLER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No.: 3:19-cv-308 |
| | ) | JURY DEMANDED |
| **COCKE COUNTY, TENNESSEE;** | ) | |
| and **JOHN DOES**, names and identities not yet | ) | |
| known, charged with failure to provide medical | ) | |
| treatment to Plaintiff and/or involved in the | ) | |
| use of excessive force against Plaintiff Jerry | ) | |
| Miller, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION WITHDRAWING PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY

Comes the Counsel for the Plaintiff and the Defendant and by way of agreement hereby present to this Honorable Court the following:

1. Plaintiff filed a Motion to Expedite Discovery in this cause. [Doc. No. 11].

2. Plaintiff and Defendant's counsel conducted a teleconference on September 5, 2019. The teleconference call between counsel resulted in an agreement

resolving the Plaintiff's Motion for Expedited Discovery [Doc. No. 11]. Specifically, the parties agree to expedite discovery in this cause, have set the Rule 26(f) meet and confer between counsel for September 18, 2019 at 10:00 AM and accordingly the parties agree to begin discovery after the Rule 26(f) conference. Accordingly, Plaintiff withdraws his Motion to Expedite Discovery. [Doc. No. 11].

Respectfully submitted this 5th day of September, 2019.

/s/Darren V. Berg
Darren V. Berg, Esq. (BPR #023505)
LAW OFFICES OF DARREN V. BERG
Lead Counsel for Plaintiff
P.O. Box 33113
Knoxville, TN 37930
E-mail: berg122@hotmail.com
(865) 773-8799

/s/Russell Egli
Russell Egli, (BPR# 024408)
THE EGLI LAW FIRM
Co-Counsel for the Plaintiff
The Wisdom Building
11109 Lake Ridge Drive, FL3
Concord, TN 37934
E-mail: russellegliaw@gmail.com
(865) 304-4125
Fax: (855) 827-0624

/s/Jeffrey M. Ward
Jeffrey M. Ward, (BPR#016329)
MILLIGAN & COLEMAN
Attorney for the Defendant
P.O. Box 1060
Greeneville, TN 37744-1060
(423) 639-6811
F: (423) 639-0278
E-mail: jward@milligancoleman.com