UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JERRY MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:19-CV-308-TAV-DCP |
| | ) |
| COCKE COUNTY, TENEESSEE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff's Motion for Expedited Discovery [Doc. 11] and a Joint Motion Withdrawing Plaintiff's Motion to Expedite Discovery ("Joint Motion") [Doc. 17]. In the Joint Motion, the parties state that they conducted a teleconference on September 5, 2019, and agreed to resolve Plaintiff's Motion for Expedited Discovery. Specifically, the parties agreed to expedite discovery in this matter, and they scheduled the Rule 26(f) conference for September 18, 2019. The parties will begin discovery after the Rule 26(f) conference. Given the parties' agreement, Plaintiff seeks to withdraw his Motion for Expedited Discovery.

Accordingly, pursuant to the parties' representations, the Joint Motion Withdrawing Plaintiff's Motion to Expedite Discovery [**Doc. 17**] is **GRANTED**, and Plaintiff's Motion for Expedited Discovery [**Doc. 11**] is hereby **WITHDRAWN**.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge