# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| JERRY MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:19-cv-308 |
| ) | Jury Demanded |
| COCKE COUNTY, TENNESSEE; et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF MANUALLY FILING EXHIBIT C TO DOCUMENT # 24

PLEASE take notice that Plaintiff's counsel will file <u>Cumulative Exhibit C</u> to Document Number 24 in the above-entitled cause by hand-delivering the video evidence on DVD+R Disc to the Clerk of the United States District Court, Eastern Section at Knoxville.

Respectfully submitted, this 17th day of October 2019.

/s/Darren V. Berg
LAW OFFICES OF DARREN V. BERG
Lead Counsel for the Plaintiff
P.O. Box 33113
Knoxville, TN 37930
E-mail: berg1222@hotmail.com
(865) 773-8799

/s/Russell Egli
THE EGLI LAW FIRM
Co-Counsel for the Plaintiff
The Wisdom Building
11109 Lake Ridge Drive, FL3
Concord, TN 37934
E-mail: russelleglilaw@gmail.com
(865) 304-4125

## **CERTIFICATE OF SERVICE**

 I, the under-signed counsel, hereby certify, that the ECF has electronically served this Notice to the Cocke County Attorney, Jeff Ward.

 This the 17th day of October 2019.

/s/Russell Egli<br>
Russell Egli<br>
Co-Counsel for the Plaintiff