UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JERRY MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:19-CV-308-TAV-DCP |
| ) | |
| COCKE COUNTY, TENEESSEE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court are the following Motions: (1) Plaintiff's Rule 37 Motion for Sanctions [Doc. 23], (2) Plaintiff's Motion for an Emergency Order, Seeking Seizure of All Servers, Video Recordings Devices, Computers, Storage Devices for Same, of Cocke County, Tennessee ("Motion for an Emergency Order") [Doc. 28], (3) Defendant Cocke County, Tennessee's Motion to Amend Answer to Amended Complaint [Doc. 29], and (4) Plaintiff's Unopposed Motion to Withdraw Motions Without Prejudice ("Motion to Withdraw") [Doc. 35].

In Plaintiff's Motion to Withdraw [Doc. 35], he requests that the Court withdraw his Motions [Docs. 23 and 28] without prejudice. Accordingly, Plaintiff's Unopposed Motion to Withdraw Motions Without Prejudice [**Doc. 35**] is hereby **GRANTED**. Pursuant to Plaintiff's representation, his Rule 37 Motion for Sanctions [**Doc. 23**] and his Motion for an Emergency Order [**Doc. 28**] are hereby **WITHDRAWN**.

Finally, the parties reported to the Court that Plaintiff does not oppose Defendant Cocke County, Tennessee's Motion to Amend Answer to Amended Complaint [**Doc. 29**], and therefore, the Motion is **GRANTED**. Defendant Cocke County, Tennessee **SHALL FILE** its Amended

Answer to Amended Complaint [Doc. 29-1] as its operative pleading in CM/ECF on or before **December 3, 2019.** Given that the above Motions have been resolved, the Court **CANCELS** the hearing scheduled for **November 21, 2019, at 1:30 p.m.**

**IT IS SO ORDERED**.

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge