IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JERRY MILLER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:19-cv-00308-TAV-DCP |
| COCKE COUNTY, TENNESSEE, et al. | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF**

Under Local Rule 83.4(f), the undersigned attorneys, Dan Channing Stanley and Richard Everett Collins, and the law firm of Stanley, Kurtz & Collins, PLLC, give notice hereby of their withdrawal as counsel of record for Plaintiff in this action. Plaintiff will continue to be represented by attorneys Darren Berg and Russell Egli.

Respectfully submitted,

/s/Richard E. Collins
Richard E. Collins (TN Bar No. 024368)

/s/Dan Channing Stanley
Dan Channing Stanley (TN Bar NO. 021002)

STANLEY, KURTZ & COLLINS, PLLC
422 S. Gay Street, Third Floor
Knoxville, TN 37902
(865) 522-9942
(865) 522-9945 fax

1

## CERTIFICATE OF SERVICE

    I hereby certify that I have this 15th day of January, 2020, filed a true and correct copy of the foregoing electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/Richard E. Collins
Richard E. Collins